1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 JABIR SADIQ,

11     Plaintiff,                    No. CIV S-09-1171 LKK EFB P

12   vs.

13 LT. ROBERTS, et al.,

14     Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>

15 _____/

16     Plaintiff is a prisoner without counsel suing for alleged civil rights violations.  *See* 42

17 U.S.C. § 1983.  By order filed July 2, 2010, the court found that plaintiff had stated a cognizable

18 excessive force claim against defendants Roberts, Botkin and Fanning, and informed plaintiff he

19 could proceed against those defendants on an excessive force claim only or file an amended

20 complaint to attempt to state an additional cognizable claim against Roberts, as well as

21 cognizable claims against Flores, Scavetta and Ferguson.  The court also informed plaintiff that

22 it would consider plaintiff's decision to proceed only as to defendants Roberts, Botkin and

23 Fanning on the excessive force claim, as consent to the dismissal of his due process claim

24 against Roberts, as well as his claims against Flores, Scavetta, and Ferguson.  On July 27, 2010,

25 plaintiff returned documents for service against defendants Roberts, Botkin and Fanning.

26 ////

1

1    Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's due process claim

2 against Roberts, as well as his claims against defendants Flores, Scavetta and Ferguson be

3 dismissed without prejudice.

4    These findings and recommendations are submitted to the United States District Judge

5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6 after being served with these findings and recommendations, any party may file written

7 objections with the court and serve a copy on all parties.  Such a document should be captioned

8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*

10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11 Dated:  August 5, 2010.

12

13                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26