IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABIR SADIQ,

      Plaintiff,                    No. CIV S-09-1171 LKK EFB P

    vs.

LT. ROBERTS, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action. The United States Marshal has returned process directed to defendant Roberts unserved. Service was first attempted at California State Prison, Solano, at the address provided by plaintiff, but service was unsuccessful, as the Marshal noted "per Solano, [Roberts] moved to new facility." Dckt. No. 28. Service was then attempted at Roberts' personal address, but was returned as "undeliverable as addressed" and the Marshal certified that Roberts could not be located. *Id.*

      Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a

1  defendant not served within 120 days after filing the complaint unless the time is enlarged based
2  upon a demonstration of good cause.  If plaintiff's access to the required information is denied or
3  unreasonably delayed, plaintiff may seek judicial intervention.
4      Accordingly, it is ORDERED that:
5      1.  The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the
6  pleading filed March 3, 2010.
7      2.  Within 60 days from the date this order is served, plaintiff may submit to the court a
8  completed form USM-285 providing new instructions for service of process upon defendant
9  Roberts and two copies of the pleading provided to plaintiff.
10      3. Failure to provide new instructions for service of process upon defendant Roberts
11  within the time allowed or show good cause for such failure will result in a recommendation that
12  this action be dismissed as to that defendant.
13  DATED:  November 2, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2