IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABIR SADIQ,

      Plaintiff,                         No. CIV S-09-1171 LKK EFB P

     vs.

LT. ROBERTS, et al.,

      Defendants.             <u>ORDER</u>

         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 10, 2010, defendants Botkin and Fanning moved to stay discovery in light of their pending motion to dismiss, filed October 27, 2010. Defendants argue that their motion to dismiss may dispose of all claims, and discovery may therefore be unnecessary. Good cause appearing, it hereby is ORDERED that discovery is stayed pending further order of the court or resolution of defendants' pending motion to dismiss.

Dated: January 5, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE