IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABIR SADIQ,

        Plaintiff,                    No. CIV S-09-1171 LKK EFB P

    vs.

LT. ROBERTS, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

                            /

       Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. *See* Dckt. No. 53 (Notice of Change of Address).

       On December 12, 2011, defendants filed a motion to compel plaintiff to participate in his deposition or to have this case dismissed with prejudice. Dckt. No. 54. On February 28, 2012, the court directed plaintiff to file a response to defendants' motion and warned him that failure to do so could result in a recommendation that this case be dismissed. Dckt. No. 55. On March 30, 2012, the court granted plaintiff a 21-day extension of time to file his response, and again cautioned that failure to comply with the order could result in a recommendation that this case be dismissed. Dckt. No. 61. The time for acting has passed and plaintiff has failed to file a response to defendants' motion or otherwise responded to the court's order.

////

1

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); Local Rules 110.

2. Defendants' motion to compel and for terminating sanctions, Dckt. No. 54, be denied as moot.

3. The Clerk be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 2, 2012.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2